NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 1998-0126.

ON MOTION

Before DYK, <u>Circuit Judge</u>.

## O R D E R

Susan Thompson moves for an extension of time, until March 2, 2009, to file her informal brief and moves for an exemption from payment of fees to access the court's Public Access to Court Electronic Records (PACER) system.

Thompson states that she requests the fee exemption so that she can be promptly advised of actions or rulings in her case because she resides in a convalescent facility and is not able to pick up her mail at the post office on a regular basis.

The court determines that Thompson has shown that an exemption from PACER fees is warranted in order to avoid unreasonable burdens on Thompson and to provide Thompson with timely access to information relating to her case.

Accordingly,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted.

(2)    The motion for an exemption from payment of PACER fees is granted.

FOR THE COURT

FEB 2 5 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2009

JAN HORBALY
CLERK

cc:    Susan Thompson (informal brief form enclosed)
       Lauren A. Weeman, Esq.

s17